**THE HONORABLE JASON K. PULLIAM**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 5:20-cr-00188-JKP |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S SENTENCING** |
| vs. | ) | **MEMORANDUM** |
| | ) | |
| DWAYNE ALLEN MCKENNEY | ) | |
| Defendant. | ) | |
| | ) | |

## I.    INTRODUCTION

As this Court is aware, Mr. McKenney pleaded guilty to Fraud and False Statements in violation of 26 U.S.C. §7206(1). Mr. McKenney has accepted responsibility for his actions by entering a plea of guilty to the offense. He has also authored a letter to this Court apologizing for his actions. Mr. McKenney knows that he broke the law and that there are consequences for his actions. However, when considering Mr. McKenney's sentence, it is requested that this Court consider Mr. McKenney's difficult upbringing, service to our country and his serious mental and physical health issues.

Mr. McKenney grew up in poverty. During his childhood, he and his siblings lacked many basic necessities such as food and shelter. Mr. McKenney even recalls a time when his family was evicted, and he and his siblings were separated for a year. Due to his socioeconomic status, Mr. McKenney was repeatedly bullied and abused not only by other

**DEFENDANT'S SENTENCING**
**MEMORANDUM - 1**
**USA V MCKENNEY #5:20-CR-00188-JKP**



**PUGET LAW GROUP**
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

children, but by his older brother Joseph as well. However, instead of remaining in poverty, Mr. McKenney wanted better for himself. In 1995, Mr. McKenney joined the United States Army where he was stationed in South Korea, Texas, Germany, and Georgia. He received numerous awards for his service such as the Global War on Terrorism Service Medal, Korea Defense Service Medal and Army Commendation Medal.

Mr. McKenney served his country proudly but also sacrificed greatly. As outlined within Exhibits A and B, this Court will note that Mr. McKenney has endured a multitude of physical injuries and his mental health has suffered extensively. Mr. McKenney suffers from a traumatic brain injury, diverticulitis, chronic shoulder pain, cervical and lumbar spine pain, osteomyelitis, and Cauda Equina Syndrome, which has caused him to lose control of his bladder and bowels. Mr. McKenney recently had surgery on his lumbar to help correct his spinal injury yet remains in a tremendous amount of pain. Mr. McKenney attends physical therapy throughout the week while still being supervised by a neurosurgeon. Despite multiple surgeries and procedures, Mr. McKenney is still 100% disabled and currently in a wheelchair.

Along with his physical injuries, Mr. McKenney has been diagnosed with Post Traumatic Stress Disorder, Anxiety and Depression. In 2005, he was injured in an explosion during deployment and his battle with mental health began thereafter. Mr. McKenney has suffered from suicidal thoughts and has worked tirelessly to overcome the lasting effects of his time in the Army. Mr. McKenney has been dedicated to taking care of his mental health. He routinely sees a psychiatrist who assists him with his mental health disorders and his impulse control.  However, along with his physical ailments, Mr. McKenney's mental health has made it extremely challenging for him to work, spend time with his family, and enjoy life.



**PUGET LAW GROUP**
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

Despite all challenges, Mr. McKenney has remained a motivated individual. He has overcome many obstacles from poverty, to defending his county, to treating his physical and mental health. He has repeatedly shown resilience in the face of adversity. Mr. McKenney has chosen to better himself through hard work and commitment to his health. He desires to continue treatment for his mental and physical health and hopes to return to school and further his education upon recovery.

II.    THE OFFENSE

This Court has been tasked with considering "the nature and circumstances of the offense and the history and characteristics of the defendant." 18 U.S.C. §3553(a)(1). Mr. McKenney knowingly and willingly filed false tax returns. He knew that by falsifying his returns he would gain financially. Mr. McKenney was the sole participant in this crime and fully recognizes his wrongdoings.

The United States Code recognizes that a prison sentence is imposed to promote respect for the law, provide just punishment, deter criminal conduct, and protect the public. 18 U.S.C. §3553(a)(2)(A-C). Mr. McKenney understands and acknowledges the role he played and has thus pleaded guilty. He understands that there are consequences for breaking the law. However, Mr. McKenney is disabled and suffering both mentally and physically. He is not a threat to the public and has shown remorse. He has been cooperative and respectful to the authorities throughout this process. He has been on pretrial probation for several months and has not had any violations. He has been timely with his notification of his intention to plead guilty to the crime and has in no way obstructed or attempted to obstruct justice in this matter. He has a criminal history score of one and has no record of any disciplinary action during his service. Yet Mr. McKenney is now a convicted felon – a label he is not proud of.

DEFENDANT'S SENTENCING
MEMORANDUM - 3
USA V MCKENNEY #5:20-CR-00188-JKP

PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

Surely this Court has grappled with the proper response to the COVID pandemic in terms of sentencing offenders to prison – especially those with health conditions that put them at a higher risk of death. Based on his numerous health issues, Mr. McKenney very likely falls into the category of non-violent offenders whose health issues raise the question of whether incarceration is necessary. As this Court is aware, according to the Federal Register, in 2017, the cost to taxpayers to house federal inmates was $99.45 per day and $36,299.25 per year. Surely those costs have gone up. With the dangers of COVID transmissions and the higher risk of hospital stays, the hazards to prison and hospital workers housing offenders is worth considering when it comes to sentencing someone like Mr. McKenney. Such issues are exacerbated with the newly discovered COVID-19 Delta variant.

III.    CONCLUSION

It is therefore respectfully requested that this Court consider a sentence that does not include prison time. The Court can accomplish the goals of the Federal Sentencing Guidelines with a lengthy probation sentence and home confinement. After all, Mr. McKenney is a non-violent offender. He suffers from significant mental and physical health issues that were borne out of his eight years of service to this country. He needs to be seen regularly by doctors who have the time and resource to provide him the specialty care he needs. If incarcerated his health issues will be a burden on the prison staff, their medical team and the American taxpayer.

Mr. McKenney has shown a history of resilience and commitment to bettering himself. Mr. McKenney regrets his actions. He knows right from wrong and understands that he broke the law. Mr. McKenney has had to fight for a chance at life that many are simply given. He has devoted eight years of his life to sacrificing for his country. Mr. McKenney

**DEFENDANT'S SENTENCING MEMORANDUM - 4**
USA V MCKENNEY #5:20-CR-00188-JKP



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

now spends his days trying to control the pain he suffers from his physical and mental ailments. Mr. McKenney made a mistake but this mistake does not define his character. He has shown that he is motivated and committed to bettering himself. Mr. McKenney has goals to return to school, continue physical therapy and counseling, and re-enter the work force so he can pay down the substantial restitution amount he owes. Mr. McKenney can, and will be, a productive member of society upon his release.

We ask the Court to consider the sacrifice Mr. McKenney has made for his country, his physical condition, and his motivation to better himself. We ask this Court to consider a just sentence for Mr. McKenney and his state of wellbeing. Mr. McKenney's health is crucial, and we ask that he can remain home and get the best care possible. It is requested that Mr. McKenney remain in his home and be sentenced to a term of home monitoring or probation rather than prison.

DATED August 5, 2021.


By:    /s/ Casey M. Arbenz
       CASEY M. ARBENZ

**DEFENDANT'S SENTENCING
MEMORANDUM - 5**
USA V MCKENNEY #5:20-CR-00188-JKP



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

<u>CERTIFICATE OF SERVICE</u>

Susan Harsh, hereby certifies under penalty of perjury under the law of the State of Washington, that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the plaintiff and co-defendants, if any, and hereby certify that a copy has been mailed to Dwayne Allen McKenney, defendant.

Signed at Tacoma, Washington this 5th day of August, 2021.


   /s/ Susan Harsh
   SUSAN HARSH

**DEFENDANT'S SENTENCING**
**MEMORANDUM - 6**
USA V MCKENNEY #5:20-CR-00188-JKP



**PUGET LAW GROUP**
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013